AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

| | |
|---|---|
| RICARDO FLORES | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 16-CV-9728 |
| THE CITY OF NEW YORK, ET AL. | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

THE CITY OF NEW YORK

SEE ATTACHED RIDER.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

DAVID A. THOMPSON
STECKLOW & THOMPSON
217 CENTRE STREET, 6TH FLOOR
NEW YORK NY 10013

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 12/16/2016

/s/ P. Canales

*Signature of Clerk or Deputy Clerk*



## **RIDER**

1. NYPD OFFICER JOHNSON (TAX ID 916088);
2. NYPD OFFICER BENJAMIN (TAX ID 942345);
3. NYPD DETECTIVE JASON PETRI;
4. NYPD UNDERCOVER OFFICER UC CO125;
5. NYPD POLICE OFFICERS "JOHN DOES" 1-2,
6. CORRECTIONS STAFF "JOHN DOES" 1-6;