UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------

| | |
|---|---|
| RICARDO FLORES, | : |
| | :     16cv9728 |
| Plaintiff, | : |
| | :     <u>SCHEDULING ORDER</u> |
| -against- | : |
| THE CITY OF NEW YORK, *et al.*, | : |
| Defendants. | : |

------------------------------------------

WILLIAM H. PAULEY III, District Judge:

        The initial pretrial conference in this action originally scheduled for March 31, 2017 is hereby adjourned to April 21, 2017 at 11:30 a.m. on consent of the parties.

Dated: March 30, 2017
      New York, New York          SO ORDERED:

                                                             WILLIAM H. PAULEY III
                                                                  U.S.D.J.