UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

RICARDO FLORES,

                                        Plaintiff,      **F.R.C.P. 26(F) REPORT**

           -against-                                  16 Civ. 9728 (WHP)

THE CITY OF NEW YORK, et al,

                                      Defendants.

------------------------------------------------------------------------x

        Plaintiff Ricardo Flores, and defendant The City of New York by their respective counsel, submit this joint written report as required by Rule 26(f) of the Federal Rules of Civil Procedure.

        1.      The parties, by their respective counsel, have conferred telephonically and discussed all discovery aspects of the above-entitled matter as provided by Rule 26(f) of the Federal Rules of Civil Procedure.

        2.      The parties discussed the possibility of settlement, and plaintiff will provide a settlement demand in short order.

        3.      The parties will exchange initial disclosures by April 28, 2017.

        4.      The parties agree that discovery is needed on all of Plaintiff's claims and Defendants' defenses. However, counsel for Plaintiff and Defendants have agreed to dismiss Plaintiff's false arrest and malicious prosecution claims, as well as defendants Johnson and Benjamin. A separate stipulation regarding the dismissal of these claims and defendants will be filed with the Court forthwith.

        5.      The parties agree that all fact discovery shall be completed by October 20, 2017.

        6.      The parties do not believe that any other changes to the limitations on discovery

are required.

Stecklow & Thompson
Attorneys for Plaintiff


By: _____

ZACHARY W. CARTER
Corporation Counsel of the City of New York
Attorney for Defendants
100 Church Street, Room 3-153
New York, New York 10007
(212) 356-2572


By:_____/s/_____
Angharad K. Wilson
Assistant Corporation Counsel


SO ORDERED:

_____
William H. Pauley III
United States District Judge


Dated: April ___, 2017
       New York, New York