UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------

| | |
|---|---|
| RICARDO FLORES, | |
| Plaintiff, | 16cv9728 |
| -against- | SCHEDULING ORDER |
| THE CITY OF NEW YORK, *et al.*, | |
| Defendants. | |

------------------------------------------------

WILLIAM H. PAULEY III, District Judge:

The parties having appeared for an initial conference on April 21, 2017, the following schedule is entered on consent:

1. The parties shall identify the Defendant Does by June 21, 2017.

2. Plaintiff shall file an amended complaint by July 6, 2017.

3. Fact discovery shall be completed by October 20, 2017.

4. If any expert discovery is needed, the parties shall inform this Court of that fact by no later than September 29, 2017.

5. A joint pretrial order shall be filed by November 17, 2017.

6. A final pretrial conference shall be held on December 1, 2017 at 10:00 a.m.

Dated: April 21, 2017
      New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.