UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------ :
                                           :
  RICARDO FLORES,                          :
                                           :        16cv9728
              Plaintiff,                   :
                                           :        SCHEDULING ORDER
              -against-                    :
                                           :
  THE CITY OF NEW YORK, *et al.,*          :
                                           :
              Defendants.                  :
------------------------------------------ :

WILLIAM H. PAULEY III, District Judge:

　　　　　The parties having appeared for a status conference on December 1, 2017, the

following schedule is entered on consent:

　　　1.　If the parties are unable to settle this action by December 22, 2017, Plaintiff is
　　　　　directed to file his Second Amended Complaint by December 27, 2017.

　　　2.　Discovery shall be completed by April 30, 2018.

　　　3.　The parties are directed to appear for a status conference on May 11, 2018 at
　　　　　9:30 a.m. at which this Court will schedule a date on which a joint pretrial
　　　　　order should be filed or a date on which expert discovery should be
　　　　　completed.

Dated: December 1, 2017                    SO ORDERED:
　　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　WILLIAM H. PAULEY III
　　　　　　　　　　　　　　　　　　　　　　U.S.D.J.